**\*E-FILED 8/23/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE RIOS, et al., | No. C 06-07036 RS |
| Plaintiffs, | |
| v. | |
| CITY OF SAN JOSE, INC., | |
| Defendants. | |
| ULYSSES RIOS, | No. C 07-02051 RS |
| Plaintiff, | |
| v. | |
| CITY OF SAN JOSE, INC., | |
| Defendants. | |

**ORDER CONSOLIDATING CASES**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the agreement of all the parties, and the record herein,

**IT IS HEREBY ORDERED THAT:**

The following related actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| | **Case Name** | **Case Number** | **Dated Filed** |
|---|---|---|---|
| 2 | Christine Rios, et al. v. City of San Jose, et al. | C 06-07036 RS | 11/13/06 |
| 3 | Ulysses Rios v. City of San Jose, et al. | C 07-02051 RS | 4/11/07 |

All futures filings shall be done exclusively in Case Number C 06-07036 RS.

DATED:  August 23, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

ORDER CONSOLIDATING CASES                          2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Clifford S. Greenberg     cao.main@ci.sj.ca.us

Jaime Alejandro Leanos     jleanoslaw@pacbell.net

Michael Robert Solomon     Mike@lmslaw.com, mrsolomon@sbcglobal.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 23, 2007

                    /s/ BAK
                    Chambers of Magistrate Judge Richard Seeborg