RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
STEVEN B. DIPPELL, Senior Deputy City Attorney (#121217)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE,
IAN COOLEY, STEVE GUGGIANA, PAUL CASTILLO,
SHANE LUEDDEKE, and KIRK NIEMEYER

*E-FILED 2/8/08*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ FACILITY

| | |
|---|---|
| CHRISTINE RIOS, individually and as guardian ad litem for her son, JOSE ANGEL RIOS, JR., and as Administratrix for the estate of JOSE ANGEL RIOS,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, IAN COOLEY, individually and as an officer of the San Jose Police Department, STEVE GUGGIANA, individually and as an officer of the San Jose Police Department, PAUL CASTILLO, individually and as an officer of the San Jose Police Department, SHANE LEUDDEKE, individually and as an officer of the San Jose Police Department, KIRK NIEMEYER, individually and as an officer of the San Jose Police Department, and DOES 1 through 50, inclusive,<br><br>Defendants. | NO.: C06-07036 RS<br><br>**STIPULATION MODIFYING CASE MANAGEMENT SCHEDULING ORDER; AND [PROPOSED] ORDER** |

Counsel for the parties have met and conferred regarding deadlines for close of discovery set forth in the Court's Case Management Scheduling Order, dated August 23, 2007.

1  This alteration **will not affect** the remainder of the schedule set by the court.  This
2  case is set for a Pretrial Conference on July 23, 2008 and Trial on August 4, 2008.
3  Accordingly, the parties hereby stipulate to the following alterations in the Case
4  Management Scheduling Order:

| Order/Activity: | Original Date: | New Date: |
|---|---|---|
| Close of All Discovery | March 31, 2008 | May 30, 2008 |
| Expert Disclosure: | | |
| Plaintiff | April 1, 2008 | June 16, 2008 |
| Defendant | April 15, 2008 | June 16, 2008 |
| Expert Discovery | May 30, 2008 | July 15, 2008 |

SO STIPULATED:

DATED: February 7, 2008    RICHARD DOYLE, City Attorney

By: __/s/ Clifford S. Greenberg_____
    CLIFFORD S. GREENBERG
    Senior Deputy City Attorney

Attorneys for Defendants CITY OF SAN JOSE, IAN COOLEY, STEVE GUGGIANA, PAUL CASTILLO, SHANE LUEDDEKE, and KIRK NIEMEYER

DATED: February 7, 2008    LEANOS & MORALES

By: __/s/ Jaime Leanos_____
    JAIME LEANOS

Attorneys for Plaintiffs CHRISTINE RIOS, individually and as guardian ad litem for her son, JOSE ANGEL RIOS, JR., and as Administratrix for the estate of JOSE ANGEL RIOS

| | | |
|---|---|---|
| DATED: February 7, 2008 | LIUZZI, MURPHY & SOLOMON | |

By: /s/ Michael R. Solomon
MICHAEL R. SOLOMON

Attorneys for Plaintiff
ULYSSES RIOS

I affirm that Plaintiff's counsel has consented to the electronic filing of this document on plaintiff's behalf.

DATED: February 7, 2008    RICHARD DOYLE, City Attorney

By: /s/ Clifford S. Greenberg
CLIFFORD S. GREENBERG
Senior Deputy City Attorney

Attorneys for Defendants CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, et al.

### ORDER

IT IS HEREBY ORDERED THAT the Court's Case Management Scheduling Order is modified to reflect to following dates and deadlines:

| Order/Activity: | Original Date: | New Date: |
|---|---|---|
| Close of All Discovery | March 31, 2008 | May 30, 2008 |
| Expert Disclosure: | | |
| Plaintiff | April 1, 2008 | June 16, 2008 |
| Defendant | April 15, 2008 | June 16, 2008 |
| Expert Discovery | May 30, 2008 | July 15, 2008 |

DATED: February 8, 208

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT