1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
   STEVEN B. DIPPELL, Senior Deputy City Attorney (#121217)
3  Office of the City Attorney
   200 East Santa Clara Street                    *E-FILED 3/20/08*
4  San Jose, California 95113
   Telephone:  (408) 535-1900
5  Facsimile:  (408) 998-3131
   Email:      cao.main@sanjoseca.gov
6
   Attorneys for Defendants CITY OF SAN JOSE,
7  IAN COOLEY, STEVE GUGGIANA, PAUL CASTILLO,
   SHANE LUEDDEKE, and KIRK NIEMEYER
8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN JOSE FACILITY

11

12 | ULYSSES RIOS, an individual,            NO.:  (C07-02051 RS, consolidated with
                                             C06-07036 RS)
13 |              Plaintiff,
                                             STIPULATION OF DISMISSAL
14 |       v.                                AND ORDER THEREON

15 | THE CITY OF SAN JOSE, IAN COOLEY,
     individually and as an officer of the San
16 | Jose Police Department, STEVE
     GUGGIANA, individually and as an officer
17 | of the San Jose Police Department, PAUL
     CASTILLO, individually and as an officer
18 | of the San Jose Police Department,
     SHANE LEUDDEKE, individually and as
19 | an officer of the San Jose Police
     Department, KIRK NIEMEYER,
20 | individually and as an officer of the San
     Jose Police Department, and DOES 1
21 | through 50, inclusive,

22 |              Defendants.

23 | AND CONSOLIDATED ACTION.

24
        **IT IS HEREBY STIPULATED AND AGREED** pursuant to Federal Rules of Civil
25
   Procedure, Rule 41(a)(1) by and between plaintiff ULYSSES RIOS and all defendants that:
26
        1.     This action was commenced on April 11, 2007
27

28

2. This action, No. C07-02051 RS, was consolidated with a prior action, C06-07036 RS, involving the same circumstances but different plaintiffs. Plaintiff ULLYSES RIOS wishes to dismiss only the action involving his claims: C07-02051 RS.

3. The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the Court for dismissal.

4. This action (C 07-02051 RS only) is hereby dismissed, in its entirety, with prejudice.

Dated: 3-18-08

LIUZZI, MURPHY & SOLOMON, LLP

By: _____
MICHAEL SOLOMON
Attorney for Plaintiff ULLYSES RIOS

Dated: 3/19/08

RICHARD DOYLE, City Attorney

By: _____
CLIFFORD S. GREENBERG
Senior Deputy City Attorney

Attorneys for Defendants CITY OF SAN JOSÉ, IAN COOLEY, STEVE GUGGIANA, PAUL CASTILLO, SHANE LUEDDEKE, and KIRK NIEMEYER

## ORDER

Pursuant to the Stipulation of Dismissal by and between the parties to this action, through their designated counsel, the above-captioned action (C 07-02051 RS) is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). It is further ordered that each party shall bear their own fees and costs.

Dated: March 20, 2008

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE