United States District Court
For the Northern District of California

1
2
3                                          **\*E-FILED 10/17/08\***
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11   CHRISTINE RIOS, et al.,                    No. C 06-07036 RS
12            Plaintiffs,                        **ORDER VACATING TRIAL DATE
                                                 AND SETTING STATUS
13            v.                                 CONFERENCE**
14   CITY OF SAN JOSE, INC.,
15            Defendants.
16   _____/
17            Good cause appearing therefor,
18            IT IS HEREBY ORDERED that the jury trial in the above captioned matter set for October
19   27, 2008 is VACATED.  A status conference shall be held on **December 17, 2008 at 2:30 p.m.** in
20   Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California
21   DATED:         October 17, 2008
22                                            _____
                                              RICHARD SEEBORG
23                                            United States Magistrate Judge
24
25
26
27
28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Clifford S. Greenberg     cao.main@sanjoseca.gov

Jaime Alejandro Leanos     jleanoslaw@pacbell.net, flor-molina@pacbell.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 17, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2