**\*E-FILED 12/18/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE RIOS, et al., | NO. C 06-7036 RS |
| Plaintiffs, | **ORDER GRANTING: (1) MOTION TO APPOINT GUARDIAN AD LITEM; AND (2) PLAINTIFFS' PETITION TO APPROVE COMPROMISE OF PENDING ACTION ON BEHALF OF MINOR** |
| v. | |
| THE CITY OF SAN JOSE, et al., | |
| Defendants. | |

Plaintiffs seek to appoint Christine Silva Rios as the guardian ad litem for Anthony Angel de Silva Rios, her minor son, and to approve a settlement on his behalf. On December 18, 2008, a hearing was held where plaintiffs' counsel and defendants' counsel were present. Christine Silva Rios appeared telephonically.

Christine Silva Rios' address is 307 1/2 Colorado Street, Apartment C, Fruitland, Idaho 83619. She lives there with Anthony Angel de Silva Rios, who is seven-years-old (DOB: December 24, 2000). Christine Silva Rios is a competent and responsible person and meets all the qualifications required by this Court to be appointed a guardian ad litem.

Accordingly, Christine Silva Rios' petition is granted, and the guardian ad litem's power to execute the settlement agreement and release is approved.

1  IT IS SO ORDERED.

3  Dated: December 18, 2008

RICHARD SEEBORG
United States Magistrate Judge

28  ORDER GRANTING: (1) MOTION TO APPOINT GUARDIAN AD LITEM; AND (2) PLAINTIFFS' PETITION TO APPROVE COMPROMISE OF PENDING ACTION ON BEHALF OF MINOR
C 06-7036 RS

2

**United States District Court**
For the Northern District of California