RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
STEVEN B. DIPPELL, Senior Deputy City Attorney (#121217)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

*E-FILED 1/23/09*

Attorneys for Defendants CITY OF SAN JOSE,
IAN COOLEY, STEVE GUGGIANA, PAUL CASTILLO,
SHANE LUEDDEKE, and KIRK NIEMEYER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ FACILITY

| | |
|---|---|
| CHRISTINE RIOS, individually and as guardian ad litem for her son, JOSE ANGEL RIOS, JR., and as Administratrix for the estate of JOSE ANGEL RIOS, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SAN JOSE, IAN COOLEY, individually and as an officer of the San Jose Police Department, STEVE GUGGIANA, individually and as an officer of the San Jose Police Department, PAUL CASTILLO, individually and as an officer of the San Jose Police Department, SHANE LEUDDEKE, individually and as an officer of the San Jose Police Department, KIRK NIEMEYER, individually and as an officer of the San Jose Police Department, and DOES 1 through 50, inclusive, <br><br> Defendants. | NO.: C06-07036 RS <br><br> **STIPULATION OF DISMISSAL; AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between plaintiffs CHRISTINE RIOS, individually and as guardian ad litem for her son, JOSÉ ANGEL RIOS, JR., and as Administratrix for the estate of JOSÉ ANGEL RIOS, and all defendants that:

1.    This action was commenced on November 13, 2006.

2.    The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the Court for dismissal.

3.    This action is hereby dismissed, in its entirety, with prejudice.

DATED:    January 23, 2009

RICHARD DOYLE, City Attorney

By: _____
CLIFFORD S. GREENBERG
Senior Deputy City Attorney

Attorneys for Defendants CITY OF SAN JOSE, IAN COOLEY, STEVE GUGGIANA, PAUL CASTILLO, SHANE LUEDDEKE, and KIRK NIEMEYER

DATED:    January 23, 2009

MORALES & LEANOS

By: _____
JAIME LEANOS

Attorneys for Plaintiffs CHRISTINE RIOS, individually and as guardian ad litem for her son, JOSÉ ANGEL RIOS, JR., and as Administratrix for the estate of JOSÉ ANGEL RIOS

**ORDER**

Pursuant to the Stipulation of Dismissal by and between the parties to this action, through their designated counsel, the above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). It is further ordered that each party shall bear their own fees and costs.

Dated:   1/23/09

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE